# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 2, 2016

## NO. 03-16-00203-CV

**Violanda Soledad, Appellant**

**v.**

**Texas Farm Bureau Mutual Insurance Company, Appellee**

## APPEAL FROM THE COUNTY COURT AT LAW OF BURNET COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the order granting summary judgment signed by the trial court on November 19, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.